FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 0 6 2015

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Christopher George Knox
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 651242

V.    CASE NO. 15-5006

Washington County Sheriff's Office
Southern Health Partners
Rhonda Bradley, LPN
(Enter above the full name of the defendant, or defendants, in this action.)

I.  Previous Lawsuits

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

       Yes _____     No ✓

   B.  If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to this lawsuit

           Plaintiffs: N/A

           _____

           Defendants: N/A

           _____

(Revised July 2014)

2. Court (if federal court, name the district; if state, name the county):

N/A

3. Docket number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Washington County Detention Center, Washington County, Fayetteville, Arkansas

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓      No ____

    B. If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and approximate date it was presented.

Grievances #233397: 12-01-14; 235735: 12-09-14; 237374: 12-14-14 237617: 12-15-14; 239504: 12-22-14; 239774: 12-23-14; 239864: 12-23-14 240177: 12-24-14

    C. If your answer is NO, explain why not: _____

IV. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Your Full Name: Christopher George Knox

Address: 1155 W. Clydesdale Dr., Fayetteville, AR, 72701

(In Item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    <u>1. Defendant #1</u>

    Full Name: Rhonda Bradley, LPN

    Position: Nurse

    Place of Employment: Southern Health Partners

    Address: 1155 Clydesdale Dr., Fayetteville, AR 72701

    Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

    negligence, blatant disregard, lying, indifference

    Are you suing Defendant #1 in his or her: (check the appropriate blank)

    \_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

Nurse Bradley Denied treatment. I am entitled to health care as provided by Washington County Sheriff's Office.

## 2. Defendant #2

**Full Name:** Tim Helder

**Position:** Sheriff

**Place of Employment:** Washington County Sheriff's Office

**Address:** 1155 W. Clydesdale Dr., Fayetteville, Arkansas, 72701

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

Sherriff Tim Helder knows this

nurse and is not unaware of the complaints about her.

Are you suing Defendant #2 in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

__✓__ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Not allowing me the ability to grieve an unresolved grievance.

_____
_____
_____
_____
_____
_____
_____

### 3. Defendant #3

**Full Name:** Washington County Sheriff's Department

**Position:** _____

**Place of Employment:** _____

Address: 1155 Clydesdale Dr., Fayetteville, AR 72701

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____

_____

_____

**Are you suing Defendant #3 in his or her: (check the appropriate blank)**

✓ ____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____ both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____

_____

_____

_____

_____

_____

_____

**4. Defendant #4**

Full Name: Southern Health Partners

Position: _____

Place of Employment: Washington County Detention Center

Address: 1155 Clydesdale Dr., Fayetteville, AR, 72701

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_____

_____

_____

Are you suing Defendant #4 in his or her: (check the appropriate blank)

✓ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

**5. Defendant #5**

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_____

_____

_____

Are you suing Defendant #5 in his or her: (check the appropriate blank)

____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**6. Defendant #6**

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_____

_____

_____

Are you suing Defendant #6 in his or her: (check the appropriate blank)

   ____   official capacity only (An official capacity claim is the same as suing the governmental entity and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____
_____
_____

V. At the time of the alleged incident(s), were you:
   (check the appropriate blank)

✓ in jail and still awaiting trial on pending criminal charges
___ serving a sentence as a result of a judgment of conviction
___ in jail for other reasons (e.g., alleged probation violation, etc.)

Explain: currently awaiting trial for theft of property, however committed to ADC due to parole violation.

Please provide the date of your conviction or probation or parole revocation:

November 13, 2014

VI.   **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) I am under psychiatric care. There is officers present when seeing psych nurse, making it hard to state personal information.;

2) On 12/14/14 I requested to see nurse about blood pressure. response was "we will check it when we can" on 12/15/2014 (Medical request #237300); I grieved (#237617). On 12/16 approximately, saw nurse bradley who stated blood pressure was 117/58, too low. Ordered blood pressure check for 10 (ten) days then would see doctor with 10 blood pressure readings. I did not get 10 readings. Doctor decreased blood pressure medicine based on nurse bradley's single reading. On 12/28/14 reported to deputies (Whittle; Garcia; Townsend) that I was not feeling well. nurse Lee Ann checked blood pressure,

VII.   **Relief**

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓  Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

Section VI. (continued)

It was 132/98, too high. My decrease in medication and increase in blood pressure are dangerous.

3) I have Degenerative Disc Disease and a protruding disc. Medical Department has documentation from my doctor. I am being denied proper medications to control pain and being denied treatments or preventative measures; such as, sleeping on a bottom bunk or being assigned to a lower level to avoid the stairs.

4) Being under psychiatric care, should be allowed to at least speak with my psychiatrist via telephone to allow proper continuing treatment then being forced to see a general pratice doctor who knows nothing about my history or previous medications.

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes.

1) Changes in policies dealing with psychiatric consultations, blood pressure regulation, psychiatric care.
2) Removal of Nurse Rhonda Bradley of her position.
3) Change of policy when dealing with unresolved grievances.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __29__ day of __December__, 20__14__.

__Christopher George Knox__
Printed Name of Plaintiff

__Christopher G Knox__
Signature of Plaintiff

-12-

Christopher Knox
155 Clydesdale Dr,
Fayetteville, AR 72701

418WC

Sherry Gilbertson
35 E Mountain, ste. 510
Fayetteville, AR 72701



LEGAL MAIL