IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER GEORGE KNOX                                              PLAINTIFF

v.                            Case No. 5:15-CV-05006

NURSE RHONDA BRADLEY; SHERIFF TIM
HELDER; SOUTHERN HEALTH PARTNERS;
DR. ROBERTO SAEZ; SERGEANT MICHAEL
FREEMAN; NURSE TERESA LEE; MAJOR
RANDALL DENZER; and NURSE KRISTIN                                    DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 72) from United States Magistrate Judge Erin L. Setser. The time for filing objections has passed, and no objections have been filed by any party. After careful review, the Court concludes that the findings and recommendationsand should be, and hereby are, adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Defendant Southern Health Partners' motion to dismiss (Doc. 58) is DENIED.

IT IS SO ORDERED this 17th day of November, 2015.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE