IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER GEORGE KNOX                                           PLAINTIFF

v.                          No. 5:15-CV-05006

NURSE RHONDA BRADLEY, Southern
Health Partners; SOUTHERN HEALTH
PARTNERS; DR. ROBERTO SAEZ;
and NURSE TERESA LEE                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 110) from United States Magistrate Judge Erin L. Setser. No objections have been filed and the deadline for objections has passed. The Magistrate recommends that Defendants' motion (Doc. 83) for summary judgment be granted in part and denied in part. The Court has reviewed this case and finds that the report is proper, contains no clear error, and should be and herby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendants' motion for summary judgment (Doc. 83) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED insofar as all claims against Defendants Nurse Rhonda Bradley and Nurse Teresa Lee, and all claims arising out of delays in medical care or changes in medication, are DISMISSED WITH PREJUDICE. The motion is DENIED insofar as claims against Defendants Southern Health Partners and Dr. Roberto Saez arising out of discontinuation of controlled substances and failure to ensure incoming prisoners continue with prescribed medication pending medical evaluation remain pending.

IT IS SO ORDERED this 1st day of February, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE